cuit. Certiorari denied. *Paul W. Steer* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for respondents.

No. 83. MAH TOI *v.* BROWNELL, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied. *Joseph S. Hertogs* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.

No. 84. SAN ANTONIO TRANSIT CO. *v.* SCOFIELD, FORMERLY COLLECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Robert Allan Ritchie, Robert F. Ritchie, Sylvan Lang* and *Leslie Byrd* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Davis W. Morton, Jr.* for respondent.

No. 85. MARTIN BROTHERS BOX CO. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. *George L. Quinn, Jr.* and *Donald A. Schafer* for petitioner. *Samuel R. Howell* for the Interstate Commerce Commission, and *James C. Dezendorf, James E. Lyons* and *Charles W. Burkett, Jr.* for the Southern Pacific Co., respondents.

No. 86. CRIST *v.* WASHINGTON, VIRGINIA & MARYLAND COACH CO., INC. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 87. LADUE & CO. *v.* BROWNELL, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied. *Nathan Shefner*

for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Townsend, James D. Hill* and *George B. Searls* for respondent.

No. 88. NEWMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *T. Reuben Burnside* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States.

No. 89. INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. *v.* FRIEDMAN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Clarence M. Mulholland* and *Edward J. Hickey, Jr.* for petitioners. *Victor B. Harris* and *Seymour Krieger* for respondent.

No. 90. TALACHE MINES, INC. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *W. H. Langroise* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Melva M. Graney* for respondents.

No. 93. BUSSOZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Robert H. Shutan* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 96. ESSO SHIPPING CO. *v.* COMPANIA DE MADERAS DE CAIBARIEN, S. A. C. A. 5th Cir. Certiorari denied. *Joseph M. Rault* and *Walter Carroll* for petitioner.

No. 97. DEMELLE, DOING BUSINESS AS CURLEY'S TRANSPORTATION CO., *v.* INTERSTATE COMMERCE COMMIS-